IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-377-KS

| | |
|---|---|
| JENNIFER HARDIN, | ) |
| Plaintiff, | ) |
| v. | )     **ORDER** |
| MARTIN O'MALLEY,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on January 21, 2025, it is hereby ORDERED that Defendant's motion [DE #19] is GRANTED. On or before January 13, 2025, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 25th day of November 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge