UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JENNIFER HARDIN,
    Plaintiff,

v.

LELAND DUDEK,
*Acting Commissioner of Social Security*,
    Defendant.

**JUDGMENT**

Case No. 7:24-CV-377-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED**

It is therefore ORDERED that the Commissioner's decision is affirmed.

This judgment filed and entered on February 25, 2025, with electronic service upon the following:

**Derrick Arrowood**
*Plaintiff's counsel*

**Wanda Mason**
**Joanne Kernicky**
*Defendant's counsel*

                      **PETER A. MOORE, III**
                      CLERK, U.S. DISTRICT COURT

Date: February 25, 2025
                      /s/ *Shelia D. Foell*
                      Deputy Clerk of Court